E-FILED
Wednesday, 29 May, 2013 09:16:42 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

FILED
MAY 28 2013
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DENNIS SCOTT,

Plaintiff

vs.

TRAVIS SMITH
&
SERGEANT KERR,

Defendant(s)

Case No. 13-3157
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: ______

☐ Unknown ______

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: DENNIS SCOTT

Prison Identification Number: #907124

Current address: IL DEPT OF HUMAN SERVICES TREATMENT & DETENTION FACILITY 1680 E. COUNTY FARM ROAD, RUSHVILLE, IL 62681

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: MR. TRAVIS SMITH

Current Job Title: STA: SECURITY & EMPLOYEE UNION PRESIDENT OR STEWARTDEST

Current Work Address IL DEPT OF HUMAN SERVICES TREATMENT & DETENTION FACILITY 1680 E. COUNTY FARM ROAD RUSHVILLE, IL 62681

Defendant #2:

Full Name: SERGEAT KERR

Current Job Title: SECURITY STAFF

Current Work Address D.H.S. TREATMENT & DETENTION FACILITY 1680 E. COUNTY FARM ROAD RUSHVILLE, IL 62681

Defendant #3:

Full Name: ______

Current Job Title: ______________________________

Current Work Address ______________________________

______________________________

Defendant #4:

Full Name: ______________________________

Current Job Title: ______________________________

Current Work Address ______________________________

______________________________

Defendant #5:

Full Name: ______________________________

Current Job Title: ______________________________

Current Work Address ______________________________

______________________________

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal* *in forma pauperis* *in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? Yes ☐ No ☑

If yes, please describe ______________________________

______________________________

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐ No ☑

C. If your answer to B is yes, how many? NONE Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number NONE

2. Basic claim made NONE

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) NONE

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑ No ☐

If your answer is no, explain why not

C. Is the grievance process completed? Yes ☑ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence D.H.S. TREATMENT & DETENTION FACILITY D-3

Date(s) of the occurrence 3/24/2013 & 3/25/2013

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

IVE MADE SEVERAL ATTEMPTS TO RESOLVE THIS MATTER ON 3/25/2013 I FILE A EMERGENCY GRIEVANCE DUE TO A SUBSTANTIAL RISK OF IMMINENT PERSONAL INJURY OR OTHER SERIOUS OR IRREPERABLE HARM TO SELF. TO THIS DATE 5/19/2013 NO RESPONSE ON 3/26/2013 I FILE ANOTHER EMERGENCY GRIVANCE THE SAME TO THIS DATE 5/19/2013 NO RESPONSE 3/27/2013 3:00PM I FILE A FORMAL GRIEVANCE REQUESTING THAT ACTION BE TAKEN IN THIS MATTER TO INSURE IT DONT HAPPEN AGAIN TO THIS DATE 5/19/2013 NO RESPONSE NO STAFF HERE AT D.H.S. WILL ACT OR CHALLENGE THIS SECURITY STAFF; TRAVIS SMITH DO TO THE POSITION HE HOLDS IN THE EMPLOYEE UNION HE IS EVEN ABLE TO PICK UP A PHONE AND CALL HEALTH CARE AND GO INTO A RESIDENT MEDICAL FILE WITHOUT CONSENT FROM THAT RESIDENT TRAVIS SMITH HOLDS GREAT INFLUENCE IN HEALTH CARE ALSO BECAUSE OF HIS POSITION I PRAY FOR RELIEF, HE EVEN GETS TO DECIDE WHO LIVES AND DIES MEDICAL DECISIONS IS NO PLACE FOR SECURITY ON 3/24/2013 11:00 AM I WAS CALL TO HEALTH CARE UNIT HERE AT D.H.S. BY A NURSE NAME MS. BROWN SHE STATED THAT SHE RECEIVED A PHONE CALL FROM MY DIALYSIS NURSE ALICE ORR STATING SHE WILL NOT BE IN TO DIALIZE ME UNTIL 7:00 AM ON 3/25/2013

MY NORMAL DIALYSIS TIME IS 5:00AM MONDAY, WENSDAY, FRIDAY ON 3/25/2013 HERE IN RUSHVILLE AND JACKSONVILLE WE HAD 18 INCHES OF SNOW TO FALL WHICH WAS HER REASON FOR RUNNING LATE WHICH WAS UNDERSTANDABLE AT 3:00AM ON 3/25/2013 A STA: SECURITY STAFF WHO GOES BY THE NAME OF STA: SWON #322 NOTIFIED ME AND STATED HE RECEIVED A PHONE CALL FROM MY DIALYSIS NURSE MS. ALICE ORR STATING THAT ON 3/25/2013 SHE WOULD NOT BE IN AT ALL TO DIALIZE ME DO TO WEATHER ON 3/25/2013 AT 8:45AM WHILE SITTING IN THE DAY ROOM STA: SECURITY STAFF TRAVIS SMITH NOTIFIED ME AND STATED MY DIALYSIS NURSE ALICE ORR WAS HERE TO DIALIZE ME IM DIALIZED FOUR HOURS THREE DAYS A WEEK A RESIDENT CAN'T WEAR SWEAT ~~PATN~~ PANTS OR SHOWER SHOES OFF UNIT AFTER BEING NOTIFIED BY STA: TRAVIS SMITH I WENT AND CHANGED INTO PROPER ATTIRER AND RETURNED TO EXIT TO BE BUZZED OUT BY STA: TRAVIS SMITH AND WAS TOLD BY STA: TRAVIS SMITH THAT MY TEN MINUTE WINDOW OF OPPORTUNITY HAD EXPIRERED AND I DON'T GET DIALYSIS I REQUESTED TO SPEAK TO A SERGEANT, OR LT, OR SHIFT COMMANDOR EACH REQUEST WAS DENIED BY STA: TRAVIS SMITH, THERE ARE ALSO CAMERAS ON EACH UNIT TO TRACK A RESIDENT MOVMENT

SERGEANT KERR CAME ON UNIT ABOUT 9:30AM I ASKED HIM IF I COULD SPEAK TO HIM ABOUT MATTER HE STATED HE DIDN'T HAVE TIME BECAUSE HE HAD TO GO TO ANOTHER WING I TOLD IT WAS SERIOUS I WAS BEING DENIED DIALYSIS TREATMENT HE STATED HE WOULD BE BACK AND NEVER DID: WITNESS RESIDENT CLARENCE JOHNSON, KENDON CURRY, JAMES CHESTER, MARC BURKETT, STEVEN LOUPE ON 4/3/2013 SERGEANT KERR WAS DEMOTED TO A REGULAR SECURITY OFFICE SR. FOR CONDUCT UNBECOMMING AND RECEIVING

TO MANY DISCIPLINARY WRITE UPS DO TO ME BEING DENIED MY DIALYSIS TREATMENT BY STA: TRAVIS SMITH AND SERGEANT KERR REFUSING TO ACT I WENT FROM 3/22/2013 TO 3/27/2013 FIVE DAYS WITHOUT BEING DIALIZED I COULD HAVE DIED FROM A FLUID OVER LOAD OR HEART ATTACK I WENT FOR FIVE DAYS UNABLE TO BREATHE I COULDN'T SLEEP I FELT LIKE MY HEART WAS GOING TO BURST FROM LACK OF OXYGEN I ALMOST DIDN'T MAKE IT I ALSO FELT LIKE I WAS HAVING CONJESTIVE HEART FAILURE I'M ALSO A INSULANT DEPENDANT DIABETIC AND ON 4/28/2013 AT 11:00AM I WAS DENIED INSULANT AND A DRESSING CHANGE BY STA: TRAVIS SMITH AND TOLD NOT TO CHALLENGE HIM FILE GRIEVANCE IN THIS MATTER ALSO NO RESPONSE I PRAY FOR RELIEF

RESPECTFULLY SUBMITTED

ADDITIONAL: WITNESS
C. TIGNER D-3-9

RELIEF REQUESTED

(State what relief you want from the court.)

A SETTLEMENT FOR ABUSE OF AUTHORITY & PAIN & SUFFERING

JURY DEMAND Yes [x] No [ ]

Signed this 19TH day of MAY, 20 13.

Denny Scott

( Signature of Plaintiff)

| | |
|---|---|
| Name of Plaintiff: DENNIS SCOTT | Inmate Identification Number: #907124 |
| Address: IL DEPT OF HUMAN SERVICES TREATMENT & DETENTION FACILITY 1680 E COUNTY FARM ROAD RUSHVILLE, IL 62681 | Telephone Number: (217) 322-3204 FAX: 217) 322-2196 |

DENNIS SCOTT 907124
IL DEPT OF HUMAN SERVICES
TREATMENT & DETENTION FACILITY
1680 E. COUNTY FARM ROAD
RUSHVILLE, IL 62681

Sexually Violent
Persons
Treatment And
Detention Center

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 002.7
0003113433 MA
MAILED FROM ZIP C

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
KENNETH A. WELLS
151 U.S. COURTHOUSE
600 EAST MONROE ST.
SPRINGFIELD, IL 62701